MUTUAL HOME DEALERS CORPORATION, PLAINTIFF-AP-
PELLANT, v. COMMISSIONER OF BANKING AND IN-
SURANCE OF THE STATE OF NEW JERSEY, DEFEND-
AND-RESPONDENT.

Argued December 2, 1969—Decided December 15, 1969.

*Mr. W. Louis Bossle* argued the cause for the appellant.

*Mr. Walter R. Davis, Jr.,* Deputy Attorney General, argued
the cause for the respondent (*Mr. Arthur J. Sills,* Attorney
General, attorney; *Mr. Stephen Skillman,* Deputy Attorney
General, of counsel).

PER CURIAM. The judgment is affirmed for the reasons
expressed by Judge Wick in the Chancery Division, 104
*N. J. Super.* 25.

*For affirmance*—Chief Justice WEINTRAUB and Justices
JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANE-
MAN—7.

*For reversal*—None.